**AFFIRMED; Opinion Filed February 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01659-CR
No. 05-13-01660-CR

**CHRISTOPHER EUGENE ADDISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-63021-Q, F12-71987-Q**

## MEMORANDUM OPINION

Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Lang

Christopher Eugene Addison appeals his convictions, following the adjudication of his guilt, for robbery and assault involving family violence. *See* TEX. PENAL CODE ANN. §§ 22.01(a)(1), (b)(2), 29.02(a) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2014). The trial court assessed punishment at five years' imprisonment for the robbery and one year's confinement in the county jail for the assault. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable

grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131659F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

CHRISTOPHER EUGENE ADDISON,
Appellant

No. 05-13-01659-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F06-63021-Q).
Opinion delivered by Justice Lang, Justices
Stoddart and Schenck participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered February 25, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

CHRISTOPHER EUGENE ADDISON,
Appellant

No. 05-13-01660-CR       V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-71987-Q).
Opinion delivered by Justice Lang, Justices
Stoddart and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 25, 2015.